```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26993
   MIGUEL A JIMENEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2560


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 10/08/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 01/05/2009.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
HARRIS BANK              CURRENT MORTG         .00          .00             .00
HARRIS BANK              CURRENT MORTG         .00          .00             .00
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00          .00             .00
LVNV FUNDING LLC ASSIGNE UNSECURED        24819.93          .00             .00
DISCOVER FINANCIAL SERVI UNSECURED         6305.56          .00             .00
KEVIN E STROUD 11        UNSECURED        NOT FILED         .00             .00
CARMEN JIMENEZ           NOTICE ONLY      NOT FILED         .00             .00
NISSAN MOTOR ACCEPTANCE  SECURED VEHIC         .00          .00             .00
NATIONAL CITY MORTGAGE   SECURED NOT I    1176.86           .00             .00
TRI STATE FINANCIAL INC  UNSECURED        NOT FILED         .00             .00
MICHAEL J VITALE         DEBTOR ATTY      3,500.00                       462.14
TOM VAUGHN               TRUSTEE                                          35.86
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    498.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     462.14
TRUSTEE COMPENSATION                                35.86
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                     498.00                  498.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26993 MIGUEL A JIMENEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/17/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |